### IN THE UNITED STATES DISTRICT COURT FOR THE
### SOUTHERN DISTRICT OF ALABAMA
### SOUTHERN DIVISION

| | |
|---|---|
| **RAYFIELD SNOWDEN,** | ) |
| | ) |
| **Plaintiff,** | ) |
| | ) |
| **vs.** | )   **Civil Action No. 06-0397-CG-M** |
| | ) |
| **CITY OF DAPHNE,** | ) |
| | ) |
| **Defendant.** | ) |

### JUDGMENT

In accordance with the court's order granting defendant's motion for summary judgment

entered on August 2, 2007 (Doc. 55), it is hereby **ORDERED, ADJUDGED** and **DECREED**

that **JUDGMENT** be and is hereby entered in favor of the defendant City of Daphne and against

the plaintiff Rayfield Snowden.  Therefore, this action is **DISMISSED WITH PREJUDICE**.

Costs are taxed against the plaintiff.

    **DONE and ORDERED** this the 3rd day of August, 2007.


                                    /s/ Callie V. S. Granade
                                    CHIEF UNITED STATES DISTRICT JUDGE